THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
John Leroy McCombs,       
Appellant,
 
 
 

v.

 
 
 
State of SC,       
Respondent.
 
 
 

Appeal From Dorchester County
Diane Schafer Goodstein, Circuit Court 
 Judge

Unpublished Opinion No.  2003-UP-720
Submitted September 17, 2003  Filed December 15, 2003

APPEAL DISMISSED

 
 
 
Deputy Chief Attorney, Joseph L. Savitz, III, Office of Appellate 
 Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMasters, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Attorney General Elizabeth McMahon,  
 all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Appellant, John Leroy McCombs, 
 filed several petitions for writ of habeas corpus in the circuit court.  A hearing 
 was held on the matter, at which time McCombs raised three separate grounds 
 for his entitlement to relief.  The circuit court found that one of the issues 
 raised by McCombs was a matter which could have been raised in a post-conviction 
 relief action.  The court therefore determined the matter was not appropriate 
 for the circuit court.  As to the other two issues, the circuit court found 
 no merit to his claims and denied McCombs relief.  Appellate counsel attached 
 a petition to be relieved as counsel to the final brief, stating he had reviewed 
 the record and concluded the appeal lacked merit.  We dismiss pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991).  Counsels petition to be relieved is granted.
 APPEAL DISMISSED. 
HUFF, STILWELL, and BEATTY, JJ., concur.